UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-8005-RMM

UNITED STATES OF AMERICA

v.

ELIAS PEREZ-TADEO,

        **Defendant.**
_____/

FILED BY ____SP____ D.C.
Jan 6, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?  ☐ Yes  ☑ No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  ☐ Yes  ☑ No

3. Did this matter involve the participation of or consultation with now Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  ☐ Yes  ☑ No

4. 4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?  ☐ Yes  ☑ No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _/s/ Aurora Fagan_____
AURORA FAGAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   188591
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:   (561) 820-8711
Fax:   (561) 820-8777
Email:  Aurora.Fagan@usdoj.gov

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

FILED BY _____SP_____ D.C.
Jan 6, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

United States of America )
v. )
) Case No. 26-8005-RMM
ELIAS PEREZ-TADEO, )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  01/01/2026  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal re-entry after removal. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Andy Korzen, ICE Deportation Officer
*Printed name and title*

Sworn to and attested to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P. 4 (d) and 4.1.

Date: 1/6/26

*Judge's signature*

City and state:   West Palm Beach, FL       Ryon M. McCabe, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**
**OF**
**ANDY KORZEN**
**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**
**IMMIGRATION AND CUSTOMS ENFORCEMENT**

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over twenty-two years. I am currently assigned to the ICE Enforcement and Removal Operations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Elias PEREZ-TADEO committed the offense of illegal re-entry after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On or about January 1, 2026, Elias PEREZ-TADEO was arrested in Palm Beach County, Florida for the offenses of battery on law enforcement officer, resist with violence, resist without violence, possession of marijuana, giving false name, and three separate outstanding warrants for failure to appear in state cases related to battery and driving without a valid driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Elias PEREZ-TADEO is a native and citizen of Guatemala. Records further show that on or about November 29,

2016, Elias PEREZ-TADEO was ordered removed from the United States. The Order of Removal was executed on or about February 4, 2021, whereby Elias PEREZ-TADEO was removed from the United States and returned to Guatemala.

5. Elias PEREZ-TADEO's fingerprints taken in connection with his January 1, 2026, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Elias PEREZ-TADEO.

6. A record check was performed in the Computer Linked Application Informational Management System to determine if Elias PEREZ-TADEO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Elias PEREZ-TADEO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 1, 2026, Elias PEREZ-TADEO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

                                                                                                                         _____

                                                         Andy Korzen
                                                         Deportation Officer
                                                         Immigration and Customs Enforcement

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___6___ day of January 2026.

_____
RYON M. McCABE
UNITED STATES MAGISTRATE JUDGE

3